UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re: BETSEY WARREN LEBBOS,

        Debtor,
_____/
BETSEY WARREN LEBBOS, JASON GOLD, THOMAS CARTER,

        Appellants,

   v.

LINDA SCHUETTE,

        Appellee.
_____/

NO. CIV. S-08-912 FCD

MEMORANDUM AND ORDER

----oo0oo----

    The above captioned bankruptcy appeal is before the court on pro se appellants Thomas Carter's and Jason Gold's ("appellants") motions to reverse entry of default judgment.[1]  (Docket #s 48 and

---

[1] Because oral argument will not be of material assistance, the court orders these matters submitted on the briefs.  E.D. Cal. L.R. 78-230(h).  The court considers jointly appellants' motions, which were filed separately, as they are virtually identical.

1

1 52.)[2]  In this appeal, appellants seek reversal of the bankruptcy
2 court's entry of default judgment against them.  Appellants
3 appealed this matter under 28 U.S.C. § 158(a)(1), specially
4 electing appeal to the United States District Court.  Subsection
5 (a)(1) of Section 158 provides district courts with jurisdiction
6 over appeals "from final judgments, orders, and decrees."  As of
7 November 4, 2008, this appeal is fully briefed, and the matter is
8 set for hearing before the undersigned on January 30, 2009.  (See
9 Minute Order, filed Nov. 4, 2008.)

10    As such, the court must deny the instant motions as
11 procedurally defective.  These motions seek reversal of the
12 default judgment entered by the bankruptcy court, but the
13 propriety of that decision by the bankruptcy judge is the very
14 subject of this appeal.  This court set a briefing schedule on
15 the appeal, and the matter, now fully briefed, is set for hearing
16 on January 30, 2009.  (Docket #s 5, 25 and 60.)  Appellants cite
17 no procedural mechanism, nor is this court aware of any, which
18 permits early adjudication of this appeal via a noticed "motion."
19 Accordingly, the court denies appellants' motions (Docket #s 48
20 and 52) as procedurally defective.  The merits of this appeal
21 will be adjudicated pursuant to the parties' appellate briefing
22 ///
23 ///
24 ///
25 ///
26 ///

---

[2] Co-appellant Betsey Warren Lebbos has not joined in these motions.

and the hearing on January 30, 2009.³

    IT IS SO ORDERED.

DATED: November 25, 2008

                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE

---

³ Notwithstanding the above ruling, the court notes that even if it considered the merits of appellants' motions, the motions would be denied. The essential basis for the motions is that default judgment should be reversed based on appellee's failure to timely file her opposition to appellants' opening briefs on this appeal. However, pursuant to the court's briefing schedule, set August 15, 2008, appellee *timely* filed her appellee's opening brief on October 21, 2008, which was within 15 days of the last opening brief filed on this appeal by appellant Lebbos on October 7, 2008.